UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

                                             DECISION AND ORDER
           v.                                            99-CR-197A

TEJBIR OBEROI,

                             Defendant.

───────────────────────────────

        On April 13 and 21, 2006, the defendant Tejbir Oberoi filed motions requesting that the Court direct the government to provide him with certain documents, which the defendant asserts are necessary for him to prepare his appeal.  On April 27, 2006, the Court directed the government to respond to the motions. The government filed its response on May 11, 2006.  The government states in its response that: (1) the defendant has already been provided with many of the documents he is requesting; (2) it agrees to provide certain specified documents that the defendant requested; and (3) it declines to provide the remaining documents for various reasons.

        The Court finds that the government has been more than reasonable in its response to the defendant's document requests, and denies defendant's demand that the government provide copies of specified documents and records, except as to the items the government specifically consents to provide as set forth in its response.  The Court also orders the United States Probation Office to provide the defendant with a copy of the report from Horizon Health Services that he requested by May 31, 2006.

The government shall provide a copy of this Decision and Order to United States Probation Officer Joseph Killian.

       IT IS SO ORDERED.

                     /s/ Richard J. Arcara
                     HONORABLE RICHARD J. ARCARA
                     CHIEF JUDGE
                     UNITED STATES DISTRICT COURT

DATED: May 16, 2006